IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00211-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TOMAS ORTIZ-ORTIZ,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on June 25, 2013,

**IT IS ORDERED** that Defendant Tomas Ortiz-Ortiz is sentenced to **time served**.

Dated: June 25, 2013.

BY THE COURT:

s/ R. Brooke Jackson
R. BROOKE JACKSON,
UNITED STATES DISTRICT JUDGE